UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MOHAMMED M. ALAHI,

Plaintiff,

-against-

NEW YORK CITY, *et al.*,

Defendant.

24-CV-7065 (VSB)

**ORDER OF SERVICE**

VERNON S. BRODERICK, United States District Judge:

On January 21, 2026, I issued an Order of Service requiring that the New York City Law Department, under *Valentin v. Dinkins*, 121 F.3d 72 (2d Cir. 1997), provide *pro se* Plaintiff, who is incarcerated, with sufficient information for him to identify the John Doe entities in his amended complaint within 120 days of the order. (Doc. 9 at 8.) The Order also requested that the named defendants waive service of summons and the complaint. (*Id.* at 7.) After three extension requests, which I granted, (*see* Docs. 14–19), on May 21, 2026, the New York City Law Department filed that information, identifying Correction Officer Edgar Rosario, Correction Officer Christon Charles, Correction Officer Cedric Mangaroo, and Correction Officer Fereste Thomas, and served the letter containing that information on the Plaintiff in this action, (Doc. 20). On June 11, 2026, Plaintiff filed his amended complaint, adding these four individuals as Defendants. (Doc. 21 ("Amended Complaint").) Service of the Amended Complaint has not yet been effectuated. For substantially the same reasons outlined in my initial order of service, I request that Defendants Rosario, Charles, Mangaroo, and Thomas waive service of the complaint. (*See* Doc. 9 at 7–8.)

The Clerk of Court is respectfully directed to mail this order and an information packet to Plaintiff. Moreover, I also hereby direct the Clerk of Court to notify the New York City Department of Correction ("DOC") and the New York City Law Department of this order.

The remaining Defendants shall file a waiver of service on the docket or identify good cause why they believe a waiver of service as to the Amended Complaint is not appropriate within thirty (30) days of this Order.

SO ORDERED.

Dated: October 5, 2026
New York, New York

Vernon Broderick

Vernon S. Broderick
United States District Judge